IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-02257-MEH

SHAWN HART,

    Plaintiff,

v.

INTEGRITY SOLUTION SERVICES, INC.,

    Defendant.

---

## ORDER RE: STIPULATION OF DISMISSAL

---

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is a Stipulation of Dismissal with Prejudice filed by the parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [docket #9]. The Court finds the stipulation and terms of dismissal proper. Thus, the Clerk of the Court is directed to close this case.

    Dated and entered at Denver, Colorado this 29th day of September, 2014.

                                          BY THE COURT:

                                          Michael E. Hegarty
                                          United States Magistrate Judge